COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the matter of K.T.S.

Appellate case numbers:  01-18-00778-CV

Trial court case numbers:  2017-02717J 2017-02248J

Trial court:             313th District Court of Harris County

This Court's September 21, 2018 Order of Abatement had abated this juvenile certification appeal for the trial court to hold a show-cause hearing to determine whether appellant's counsel, Gary M. Polland, should be relieved of his duties for failing to timely file a brief. That Order had also stated that if counsel filed an extension motion with a compliant appellant's brief within seven days of the date of that Order, this Court may withdraw that Order and reinstate this appeal. On September 28, 2018, appellant's counsel, Gary M. Polland, filed a motion for extension of time to file appellant's brief, contending that he needed more time because the record to review in this case is extensive, along with a compliant appellant's brief in this Court. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.1.

Accordingly, the Court **grants** appellant's extension request and directs the Clerk of this Court to **WITHDRAW** the Order of Abatement, to **REINSTATE** this case on the Court's active docket, and to mark appellant's brief as filed on September 28, 2018.

Appellee's brief, if any, is **ORDERED** to be filed within **20 days** of the date of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b). No extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

☑ Acting individually    ☐ Acting for the Court

Date: October 2, 2018 _____